**FILED**
**JUN -3 2020**
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 20-113 |
| | ) | (21 U.S.C. § 846) |
| SHANIA WILSON | ) | [UNDER SEAL] |

## INDICTMENT

## COUNT ONE

The grand jury charges:

From in and around July 2019, and continuing thereafter to in and around November 2019, in the Western District of Pennsylvania, the defendant, SHANIA WILSON, did knowingly, intentionally and unlawfully conspire with persons both known and unknown to the grand jury, to possess with intent to distribute and to distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a quantity of a mixture and substance containing a detectible amount of cocaine base, in the form commonly known as crack, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

In violation of Title 21, United States Code, Section 846.

A True Bill,

_____
Foreperson

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352